```
                              FILED
                          08 MAY -1 AM 9:40
                         CLERK, U.S. DISTRICT COURT
                       SOUTHERN DISTRICT OF CALIFORNIA

                       BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL BRUNO; CITY OF SAN DIEGO, ex rel. MICHAEL BRUNO,<br><br>Plaintiffs,<br><br>v.<br><br>JANOPAUL BLOCK SD NO. 1, LLC; PETER L.P. JANOPAUL, III; ANTHONY BLOCK; and EL CORTEZ OWNERS ASSOCIATION,<br><br>Defendants. | Case No. 04CV1937-JM (AJB)<br><br>**ORDER**<br><br>**FILED UNDER SEAL** |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The Complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this Order and the United States' Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the Complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. All orders of this Court shall be sent to the United States; and that

6. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

**IT IS SO ORDERED.**

DATED: April 30, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc:   Counsel for the United States
      Counsel for Relator