# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUNO<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>JANOPAUL BLOCK SD NO. 1, LLC, et al.,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 04 CV 1937 JM (JMA)<br><br>**ORDER GRANTING MOTION TO RESCHEDULE STATUS CONFERENCE**<br><br>**(Doc. No. 25)** |

　　　For good cause shown, the court hereby **GRANTS** Plaintiff's motion to reschedule the status conference currently scheduled for August 29, 2008. The status conference is hereby **RESCHEDULED** for **September 5, 2008, at 1:30 p.m. in Courtroom 16**. The court requires the presence of both Plaintiff and Plaintiff's counsel at this conference. Plaintiff may appear telephonically. Counsel should contact chambers to make arrangements for Plaintiff's telephonic appearance.

　　　**IT IS SO ORDERED.**

DATED: August 28, 2008

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　United States District Judge