# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRUNO<br><br>          Plaintiff,<br>vs.<br><br>JANOPAUL BLOCK SD NO. 1, LLC, et al.,<br><br>          Defendants. | CASE NO. 04 CV 1937 JM (JMA)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>**Doc. No. 29** |

  For good cause shown, the court hereby **GRANTS** Plaintiff's motion for an extension of time to serve copies of Relator's complaint on Defendants. The court **DENIES** Plaintiff's request for a 120-day extension. Plaintiff must serve copies of Relator's complaint on Defendants **no later than December 12, 2008.**

  **IT IS SO ORDERED.**

DATED: October 27, 2008

                         _____
                         Hon. Jeffrey T. Miller
                         United States District Judge